# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NIKI FREDERICK | |
| Plaintiff, | No. 2:11-CV-00022 |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA d/b/a CIGNA GROUP INSURANCE, and SUPERVALU, INC. | |
| Defendants. | |

## ORDER

AND NOW, this 23rd day of Jan., 2012, after consideration of the Motion of Defendant Life Insurance Company of North America ("LINA") to Excuse the Personal Appearance of LINA's Representative at Mediation, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the personal appearance of LINA's representative at the mediation in this case is excused.

*[signature]*
United States Chief District Judge
Gary L. Lancaster

1366377.1 01/20/2012