IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARPENTERS' COMBINED FUNDS, )
INC., ETC., )
     Plaintiff, )
      )
     v. ) Civil Action No. 11-659
      )
SCOTT O'BRYON, )
     Defendant. )

## ORDER

AND NOW, this 23rd day of January, 2012, the Court having

been advised of the death of defendant's counsel, Stuart Levine,

on December 11, 2011 [document #22], IT IS HEREBY ORDERED that

the parties shall proceed as follows:

    1. The appearance of Stuart Levine on behalf of
defendant shall be stricken from the docket in this case;

    2. Within 21 days of entry of this order on the
Court's docket, defendant shall secure new counsel and have
them enter the appearance on the docket. Should defendant
fail to obtain new counsel, the Court will accept that he
will be proceeding pro se;

    3. The requirement that parties complete their
selected Alternate Dispute Resolution on or before January
9, 2012 is hereby vacated at this time.

    4. All other deadlines established in the Court's
Initial Scheduling Order, dated November 14, 2011,
including the scheduling of a Status Conference on February
28, 2012 at 4:30 p.m., shall remain in full force and
effect.

BY THE COURT:

_____, C.J.
Gary L. Lancaster,
Chief United States District Judge

cc:   All Counsel of Record

     Scott O'Bryon
     710 Riverview Drive
     White Oak, PA   15131