IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., by James R. Klein, Administrator, )<br>)<br>) Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT O'BRYON and SCOTT O'BRYON, )<br>)<br>Defendants. ) | Civil Action No. 11-0659<br><br>Judge Gary L. Lancaster |

### CONSENT JUDGMENT

AND NOW, this 29th day of Feb, 2012, with the consent of the parties, judgment is hereby entered in favor of the Plaintiff and against Defendant, Scott O'Bryon, in the amount of $25,000.00.

_____
The Honorable Gary L. Lancaster

/s/ Neil J. Gregorio
Neil J. Gregorio, Esquire
Attorney for Plaintiff

_____
Scott O'Bryon, Defendant

LIT:518165-1 010342-028423