**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., By JAMES R. KLEIN, Administrator,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT O'BRYON and SCOTT O'BRYON,<br><br>Defendants. | Civil Action No. 11-0659 |

## ORDER OF COURT

AND NOW, this 20th day of April, 2013, upon consideration of Plaintiff's Motion to Withdraw [document #32], IT IS HEREBY ORDERED that said motion is GRANTED and Plaintiff's Motion to Compel Attendance at Deposition [document #30] is WITHDRAWN

s/Gary L. Lancaster                         ,C.J.
Hon. Gary L. Lancaster
Chief United States District Court Judge