**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., By JAMES R. KLEIN, Administrator, | ) )  Civil Action No. 11-0659 |
| Plaintiff, | ) |
| v. | ) |
| ROBERT O'BRYON and SCOTT O'BRYON, | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 20th day of April, 2013, upon consideration of Plaintiff's Motion to Withdraw [document #32], IT IS HEREBY ORDERED that said motion is GRANTED and Plaintiff's Motion to Compel Attendance at Deposition [document #30] is WITHDRAWN

s/Gary L. Lancaster ,C.J.
Hon. Gary L. Lancaster
Chief United States District Court Judge

LIT:544253-1 010342-028423